KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
ROHIT KODICAL
Deputy Attorney General
State Bar No. 215497
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2226
  Facsimile:  (510) 622-2121
  E-mail: Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants Bright, Ellis,
Mack, Sullivan, Tuvera, Warren and Zamora*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>                        Plaintiff,<br><br>v.<br><br>ELLIS, et al.,<br><br>                      Defendants. | Case No. 3:13-CV-04052-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:  4, 17th Floor<br>Judge:        The Honorable Vince Chhabria<br>Action Filed:  August 30, 2013 |

WHEREAS:  Plaintiff has named nine defendants in this case. Seven defendants have Answered. Defendants K. Myers and B. Quattlebaum have not been served with the Summons and Complaint, or Waiver of Service of Summons and have therefore not appeared in this case. (See ECF Doc. No. 31)  Plaintiff did not file the exhibits "B" through "F" to his Complaint or serve those exhibits on defendants' counsel.

Plaintiff wishes to conduct discovery against each of the named defendants. Defendants' counsel will not receive Plaintiff's medical and dental records via subpoena from Salinas Valley State Prison until August 21, 2014. Plaintiff's records will likely be voluminous as his alleged hip injuries date back to 1992. Following review of the medical records, defendants' counsel may take Plaintiff's deposition regarding his alleged injuries and treatment. Thus, Defendants' counsel

1

1  will be unable to adequately research, prepare and file a motion for summary judgment on behalf
2  of the nine defendants by the currently scheduled deadline of September 12, 2014.
3      IT IS HEREBY STIPULATED: Defendants' motion for summary judgment shall be due
4  on December 12, 2014.

6  Dated: July 16, 2014      Respectfully submitted,
7       KAMALA D. HARRIS
     Attorney General of California

9       s/*Rohit Kodical*

10      ROHIT KODICAL
     Deputy Attorney General
11      *Attorneys for Defendants*

12 Dated: July __, 2014      KEITH THOMAS

14      _____
     Keith Thomas
15      *Plaintiff pro se*

## ORDER

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.

Dated: September 17, 2014      _____

*IT IS SO ORDERED*
*Judge Vince Chhabria*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA