1
2
3
4            UNITED STATES DISTRICT COURT
5            NORTHERN DISTRICT OF CALIFORNIA
6
7  KEITH THOMAS,                                Case No.  13-cv-04052-VC
          Plaintiff,
8                                               **ORDER DIRECTING DEFENDANTS**
   v.                                           **TO RESEND MOTION TO**
9                                               **PLAINTIFF'S CURRENT ADDRESS**
                                                **AND ISSUING NEW BRIEFING**
10 GERALD ELLIS, et al.,                        **SCHEDULE**
          Defendants.                           Re: Dkt. No. 63
11
12

13        On October 17, 2014, Defendants filed a motion to revoke Plaintiff's in forma pauperis

14 status pursuant to 28 U.S.C. § 1915(g).  Plaintiff has not filed an opposition.  However, on

15 December 18, 2014, Plaintiff filed notice of a change of address.  Because Defendants' motion

16 was sent to Plaintiff's former address, he may not have received it.  Therefore, Defendants are

17 directed to resend the motion to Plaintiff's current address and to file a notice of the date the

18 motion was resent to Plaintiff.

19        Plaintiff may file an opposition within twenty-eight days from the date the notice is filed.

20 Defendants may file a reply within fourteen days after Plaintiff files his opposition.  The briefing

21 schedule on Defendants' motion for summary judgment or other dispositive motion is vacated.  If

22 necessary, the Court will set a new briefing schedule in its order addressing Defendants' § 1915(g)

23 motion.

24        **IT IS SO ORDERED**.

25 Dated: January 2, 2015

26                                              _____

27                                              VINCE CHHABRIA
                                                United States District Judge
28