UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br>        Plaintiff,<br>    v.<br>GERALD ELLIS, et al.,<br>        Defendants. | Case No. 13-cv-04052-VC<br><br>**JUDGMENT** |

For the reasons stated in the Order Granting Defendants' Motion to Revoke Plaintiff's IFP Status, this case is DISMISSED without prejudice to Thomas filing a separate complaint with the full filing fee.  Judgment is entered accordingly.  The parties shall bear their own costs of suit.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 31, 2015

_____
VINCE CHHABRIA
United States District Judge